**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMY KELLY,**<br>    **Plaintiff,**<br>    vs.<br>**SENSIO, INC.**<br>    **Defendant.** | Case No.: 20-cv-7918-YGR<br><br>**ORDER DISMISSING ACTION** |

On May 3, 2022, plaintiff filed a Notice of Settlement. (Dkt. No. 36.) Since then, the parties have filed two stipulations to continue the deadline to file a stipulation of dismissal. (*See* Dkt. Nos. 38, 40.) Pursuant to the Court's last order, Dkt. No. 41, the parties had until July 8, 2022 to file a stipulation of dismissal. To date, the parties have not filed the stipulation of dismissal.

In light of the parties' previous representation that the parties reached an agreement, the case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 16, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**